1  RILEY A. CLAYTON
   Nevada Bar No. 005260
2  rclayton@lawhjc.com
   MICHAEL J. SHANNON
3  Nevada Bar No. 007510
   mshannon@lawhjc.com
4

5  **HALL JAFFE & CLAYTON, LLP.**
   7425 PEAK DRIVE
6  LAS VEGAS, NEVADA 89128
   (702) 316-4111
7  FAX (702) 316-4114

8  Attorneys for Defendant,
   *Sport Clips, Inc.*
9

10 UNITED STATES DISTRICT COURT

11 DISTRICT OF NEVADA

12 GREGG WIESER, individually,  | Case No. 2:16-cv-02855-RFB-GWF

13                Plaintiff,

14 vs.                                        | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

15 SPORT CLIPS, INC., a foreign corporation; BELVEDERE USA, LLC, a domestic limited
16 liability company; BELVEDERE USA, CORP., a foreign corporation; DOES I through XX, inclusive;
17 and ROE CORPORATIONS I through XX, inclusive,
18

19                Defendants.

20 BELVEDERE USA, LLC, and BELVEDERE USA, CORP.,
21

22                Cross-Claimants,

23 vs.

24 SPORT CLIPS, INC., a foreign corporation; DOES I through XX, inclusive; and ROE
25 CORPORATIONS I through X, inclusive,

26                Cross-Defendants.

27

28 . . .

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, amongst Plaintiff GREGG WIESER, by and through his attorneys of record, BRADLEY S. MAINOR, ESQ. and JOSEPH J. WIRTH, ESQ. of the law firm MAINOR WIRTH, LLP, Defendant SPORT CLIPS, INC., by and through its attorneys of record, RILEY A. CLAYTON, ESQ. and MICHAEL J. SHANNON, ESQ. of the law firm HALL JAFFE & CLAYTON, LLP, and Defendants BELVEDERE USA, LLC and BELVEDERE USA, CORP., by and through their attorneys of record, LEW BRANDON, JR., ESQ. and JUSTIN W. SMERBER, ESQ. of the law firm MORAN BRANDON BENDAVID MORAN, that the above-captioned matter be dismissed with prejudice, each party to bear their own costs and attorneys' fees.

DATED this 11th day of July 2018.　　　DATED this 3 day of July 2018.

HALL JAFFE & CLAYTON, LLP　　　　　　MAINOR WIRTH, LLP

_____　　　_____
RILEY A. CLAYTON　　　　　　　　　　　BRADLEY S. MAINOR
Nevada Bar No. 5260　　　　　　　　　　Nevada Bar No. 7434
MICHAEL J. SHANNON　　　　　　　　　　JOSEPH J. WIRTH
Nevada Bar No. 7510　　　　　　　　　　Nevada Bar No. 10280
7425 Peak Drive　　　　　　　　　　　　6018 S. Fort Apache Road, Suite 150
Las Vegas, Nevada 89128　　　　　　　　Las Vegas, Nevada 89148-5652
*Attorneys for Defendant,*　　　　　　*Attorneys for Plaintiff,*
*SPORT CLIPS, INC.*　　　　　　　　　　*GREGG WIESER*

DATED this 9 day of July, 2018.

MORAN BRANDON BENDAVID MORAN

_____
LEW BRANDON, JR.
Nevada Bar No. 5880
JUSTIN W. SMERBER
Nevada Bar No. 10761
630 S. Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Defendants,*
*BELVEDERE USA, LLC and BELVEDERE*
*USA, CORP.*

2

**ORDER**

Upon stipulation of the parties, by and through their respective counsel of record, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the above-captioned matter shall be dismissed in its entirety with prejudice. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Court
DATED: July 12, 2018.

Respectfully submitted by:

HALL JAFFE & CLAYTON, LLP

_____
RILEY A. CLAYTON
Nevada Bar No. 5260
MICHAEL J. SHANNON
Nevada Bar No. 7510
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorneys for Defendants,*
*SPORT CLIPS, INC.*